**Order entered October 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01261-CV

## EX PARTE MICHEAL GEROD MCGREGOR

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X-13-1459-W**

## ORDER

We **GRANT** appellant's second motion for extension of time to file pro-se amended brief

and **ORDER** the brief tendered to the Clerk of the Court October 26, 2015 filed as of the date of

this order. Appellee shall file its brief no later than December 2, 2015.


/s/     CRAIG STODDART
JUSTICE